UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MICHAEL WHITFIELD, | Case No. 3:23-cv-00305-ART-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BRUTENBACH, | |
| Respondents. | |

Respondents seek an enlargement of time to file their response to Whitfield's first amended petition. ECF No. 22. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 22) is granted. Respondents have until June 2, 2025, to file their response.

DATED THIS 23rd day April, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE