UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WHITFIELD,<br><br>  Petitioner,<br>v.<br>NETHANJAH BRUTENBACH,<br><br>  Respondents. | Case No. 3:23-cv-00305-ART-CLB<br><br>ORDER |

Respondents seek an enlargement of time to file their response to Whitfield's first amended petition. ECF No. 24. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 24) is granted. Respondents have until July 17, 2025, to file their response.

DATED THIS 30th day June, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1