UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WHITFIELD, | Case No. 3:23-cv-00305-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BRUTENBACH, | |
| Respondents. | |

Respondents seek an enlargement of time to file their reply in support of their motion to dismiss. ECF No. 37. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 37) is granted. Respondents have until September 3, 2025, to file their reply.

DATED THIS 20th day of August, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1