UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WHITFIELD, | Case No. 3:23-cv-00305-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BRUTENBACH, | |
| Respondents. | |

Respondents seek an enlargement of time to file their reply in support of their motion to dismiss. ECF Nos. 39, 40. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 39) is granted *nunc pro tunc*.

It is further ordered that Respondents' unopposed third motion for enlargement of time (ECF No. 40) is granted. Respondents have until October 17, 2025, to file their reply.

DATED THIS 9th day October 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1