UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WHITFIELD, | Case No. 3:23-cv-00305-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BRUTENBACH, | |
| Respondents. | |

Respondents seek an enlargement of time to file their answer. ECF Nos. 44, 45. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 44) is granted *nunc pro tunc.*

It is further ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 45) is granted. Respondents have until July 10, 2026, to file their answer.

DATED THIS 8th day June, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1